Rev. 5/2017 Prisoner Complaint

United States District Court
Eastern District of North Carolina
Western Division

Case No. 5:19-CT-3328

(To be filled out by Clerk's Office only)

FILED
NOV 0 5 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

CHRISTOPHER M. OXENDINE

Inmate Number 0599696

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Jane Smith   Capt. John Civils
John Alexzander   Tommy Page
John Franklin   John Comer
Lt. John Dixion

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

# COMPLAINT
(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- [ ] Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

CHRISTOPHER M. OXENDINE
Name

0599626
Prisoner ID #

Tabor City
Place of Detention

4600 Swamp Fox Highway West
Institutional Address

Tabor City / NC / 28463
City / State / Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [ ] Pretrial detainee  [ ] State  [ ] Federal
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **Jane Smith**
Name

**Unit Manager**
Current Job Title

**2821 Highway 903 N**
Current Work Address

**Maury**    **N.C.**    **28554**
City         State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 2: **John Alexander**
Name

**Sgt.**
Current Job Title

**2821 Highway 903 N**
Current Work Address

**Maury**    **N.C.**    **28554**
City         State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: __John Franklin__
Name

__Sgt__
Current Job Title

__2821 Highway 903 N__
Current Work Address

__Maury__   __NC__   __28554__
City   State   Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 4: __Lit. John Dixon__
Name

__Lit.__
Current Job Title

__2821 Highway 903 N__
Current Work Address

__Maury__   __NC__   __28554__
City   State   Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Eastern Correctional Institution

Date(s) of occurrence: 6/11/19

State which of your federal constitutional or federal statutory rights have been violated:
1st Amendment Rights, free Exercise Clause, RLUIPA,, Discrimination, fourteenth Amendment equal protection of the law. (RFRA) 8th Amendment cruel and unusual punishment, Deliberate indifference, excessive use of force, negligence, Intention infliction of Emotional distress

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

> Who did what to you?

On 6/11/19 at approx 9:00 a.m. the plaintiff was brutally attacked by sgt. Alexzander and Ms. Smith. due to the preference of his religion. (The plaintiff would like to state for the record that the facility (DID NOT) have a Rostafarian services at the camp so he was attending the Native American services due to his family blood line being Lumbee Indians.) On 6/11/19 the defendant Ms. Smith (who at all times was the unit manager of Coop, and Delta unit) Asked the plaintiff was he a Rostafarian and he stated to the defendant Ms. Smith that he was a Rosta. Then the defendant Ms. Smith stated that you ain't no Rasta you look like you might be a Baptist. The plaintiff stated to her that he wasn't definitely not no Baptist. The defendant Ms. Smith then stated to the plaintiff that it ain't nothing wrong with being no Baptist because she was a Baptist. The plaintiff then stated to the defendant Ms. Smith that yes she was right that it wasn't nothing

**What happened to you?**

wrong with being a Baptist, but he wasn't about to never be no Baptist. The defendant Ms. Smith stated "Oh you ain't no Baptist or you ain't never gone be no Baptist then let me get that Rasta Crown that you got in your hand then. Because if you ain't gonna be no Christian or a Baptist then you ain't about to be no Rastafarian then either. The plaintiff stated to her that she couldn't force him to be a Christian when he had just told her that he was a Rastafarian. The Defendant Alexzandaner stated that in the computer it states that you is a Native American you got a problem with being a Christian or a Baptist then give me that crown.

**When did it happen to you?**

The plaintiff told them that he was not about to give up his religious crown, or convert his religion to Christianity or a Baptist so they might as well just lock him up and send him to segregation. Where he immediately place both his hands behind his back to be cuffed showing no signs of resistance. Defendant Alexzander then place the hand cuffs on the plaintiff hand behind his back. Where he

**Where did it happen to you?**

then rammed the plaintiff mouth into the wall immediately chipping the plaintiff tooth, as he tried to yank the plaintiff religious crown out of his hand. The defendant Ms. Smith then stated to the plaintiff "Oh you don't want to be a Christian then I'm about to send your ass to hell. Where she immediately massed the plaintiff in his eyes and face. Then stated to the plaintiff how do you like that Devil, how do it feel to be in hell"

**What was your injury?**

as she sprard the plaintiff in his face and eyes again. The plaintiff was brutally attacked 3 assaulted due to his religion. The defendant tried to convert the plaintiff to christianity and when he refused he was assaulted by the defendants violating his freedom of religious Act constitutional rights.

The plaintiff then was taken up stairs to Essex unit which at all times was segregational housing unit as the plaintiff was getting off of the elevator Sst. Franklin throw the plaintiff to the floor then reached inside of his pants sticking his finger inside of the plaintiff anal why stating "you ain't no Rostaferian you is a bitch".

The plaintiff suffered injuries of a chip tooth, torn ligment in his knee cap, and damage to his left shoulder. The defendant fail to take pictures of the plaintiff injuries after the use of force that is required by state policy, to cover up their wrong doing of what they had done did to the plaintiff Plus the plaintiff was refused a de contamination to wash the mass out of his face & eyes why stating that the plaintiff had refused. Where he then was thrown inside of a cell with no running water or working toilet facility, where he was force to suffer, hollow, and scream begging crying in complete pain for help but was refused and denied. The plaintiff had to lay inside of a dirty, nasty cell, with feesees in the toilet and all on the walls with no blanket, covers or nothing why he suffered with mass on his face and eyes and body for over 72 hours before he was able to take a shower and wash the mass off.

# ORAL ARGUMENTS

The fourteenth Amendment to the constitution guarantees everyone "equal protection of the law." The defendants Smith, Alexander and Franklin treated the plantiff differently without a reason other than his religion of being a Rastafarian. The defendant is not allow to treat the plantiff differently because of his religion. Their action towards the plantiff had an discriminatory effect and a intent to cause the plantiff harm. The plantiff was brutally attack and sexual assaulted due to his religion and was force to be confine to a cell that had feesees all on the walls, inside of the toilet, and was refused or allowed to decontaminate force to suffer inside of a cell with mess in his eyes and body with no running water for over 72 hours. The defendant DID discriminate against the plantiff because he refused to convert himself from a Rastafarian to a Baptist or a Christian.

The plantiff has shown that he has been treated differently than other prisoners because he was not a Christian but a Rastafarian and that the treatement that the plantiff received was not rationally related to a legitimate governmental purpose. Doe v. Sparks 73 F. Supp. 227 (W.D. Pa. 1990)

# EXCESSIVE USE OF FORCE

The Eighth Amendment forbids "cruel and unusual punishment" and is probably the most important amendment for prisoners. The defendants June Smith or Alexzander had no right to ram the plaintiff mouth into the way chipping his tooth, and messing him why his hands was behind his back and never was consiterd as a threat, because they plaintiff had never done anything wrong.

The defendants use of force against the plaintiff violated the plaintiff Eighth Amendment because their force was not applied in an effort to maintain or restore discipline, but was used to maliciously and sadistically cause harm. The defendants is responsible for causing the plaintiff unnecessary and wanton inflictions of pain all because he refused to convert to a Baptist or Christian. Hudson v. McMillian, 503 U.S. 1 (1992).

The defendant John Franklin excessive use of force against the plaintiff was not applied "in a good faith effort to maintain or restore discipline," but instead to used to "maliciously and sadistically cause the plaintiff harm when he intentionally through the plaintiff to the floor and went inside of his pants and stuck his finger in the plaintiff butt hole sexually assaulting him.

The need for the defendant force against the plaintiff was not reasonably because the plaintiff had never done anything wrong.

The amount of force used use not reasonable given the need because the plaintiff was not a threat, and was handcuffed behind

his back.

Their was no serious need for force for any of the defendant to use against the plaintiff because he had not done anything wrong but refuse to convert to an Baptist, or a Christian. The defendants never made efforts to use as little force as necessary, and caused the plaintiff to suffer a chip tooth, torn ligment in his knee, and damage to his shoulder.

The defendant Jane Smith, John Alexander, and John Franklin "state of mind" was the intent to cause the plaintiff harm. The defendants is responsible for the unnecessary and wanton infliction of pain that was place on the plaintiff during and after the use of force incident had accured. Because the defendants actions that they took against the plaintiff was hateful, cruel and very uncalled-for. The defendant actions that they had taken against the plaintiff was not necessary part of prison policy or discipline.

Every one has the right to be free from rape and sexual assault in prison. The defendant John Franklin violated the plaintiff 8th Amendment 42 U.S.C. §15601(13). PREA requires that facilities adopt a zero-tolerance approach to this form of abuse. 42 U.S.C. §15602(1) Even before PREA was passed, courts agreed that rape or sexual assault of prisoners by correctional officers violates the 8th Amendment. Farmer v. Brennan, 511 U.S. 825 (1994); Schwenk v. Hartford, 204 F.3d 1187 (9th Cir. 2000)

The defendant John Franklin while using excessive use of force upon the plantiff DID objectively cause serious harm and a risk of harm when he deliberately and intentionally force his finger into the plantiff anal area, stating that "he was not a Rastafarian that he was a bitch." The defendant Franklin sexual assault actions that he took against the plantiff was an unjustifiable conduct without any legitimate penological purpose.

    The Defendant June Hindricks and John Doe is responsible for the plantiff being sexually assaulted by the defendant, Because they was deliberate indifference and had fail to protect the plantiff from an assault when they new that sgt John Franklin was at all time a sexual predator who has been up under several PREA investigation in the pass for sexual misconduct. But has never been discipline for his actions. The plantiff had place a PREA complaint against the defendant for his action, and the plantiff was discipline stating that the investigation came back un-fond stating that on the camera that it didn't look like the defendant had went inside of my pants, but look as if he had went inside of my back pocket, which state issue pants do not have any type of back pocket, only to side pocket for storing items. And he was punish and sentance with a very harsh violations, faced hole time loose of good and gain time, canteen privileges and etc...

    The defendants is deliberately punishing the plantiff with the intent to cause harm and his action shows that

he had taken against staff sexually assaulting him. The Defendants is trying to scare, place fear, to stop inmates from reporting sexual acts against staff. The defendant Ms. Andrecks and John Doe is at all times the superintendants who is deliberate indifference because they had actual notice that defendant John Franklin was a sex offender and had been kicked off several camp for his actions of sexual offenses against staff officials and inmates and their failures to act resulted in a constitutional violation of the plaintiff being sexually assaulted by the defendant. The defendants violated the 8th Amendment when they acted with deliberate indifference to the plaintiff exposing the plaintiff to an unreasonable risk of serious harm.

The defendants retaliated against the plaintiff for filing an (PREA) complaint against the defendant John Franklin. By charging him with a A-18 which is a serious punishment and charge, Where he received 20 days in the whole, upon information and belief, 20 days of good time, lost of canteen privileges, Not being able to make my minimum custody level, and etc......

The defendants illegally retaliated against the plaintiff for filing a complaint against defendant John Franklin to prove his claims against the defendants the plaintiff states the following:

1) The plaintiff was doing something that he had a constitutional right to do. "Protected conduct" excercising his first Amendment rights.

2) What the defendant done to the plaintiff, the adverse

action was so bad that it would have stopped an "average person" from continuing with their complaint and

3) There is a "causal connection" that the defendants discipline the plantiff in a very harsh manner because of what he had done.

The defendants adverse action was directly related to the plantiff protected conduct. The retaliration violated the plantiff first amendment rights. Gomez v. Vernon, 255 F. 3d 1118 (9th Cir. 2001)

The defendant's Jane Hindricks, Tommy Page, Jane Dixon, John Civils and John Artist knew that placing defendant Franklin around other inmates and staff members that it was putting the plantiff and other inmates and staff members at a serious risk of harm. Because he has had numerious of sexual harrassment & assault complaints made against him for over a 10 year spand varying from multiple camps, staff and inmates. The defendant Franklin has an documented history of attacks and harrassment against inmates and staff members and is enough to show the defendants knowledge of the risk.

The defendant John Franklin intentional infliction of emotional distress against the plantiff was totally outrageous that made the plantiff feel very upset when he place his finger into the plantiff butt hole as he was currently restrained with handcuff behind his back as he through the plantiff to the floor stuck his hand into the back of the plantiff pants penetrating his anal part why stating to the plantiff "you ain't no no mutha fuckin "snitch" you nobody" disrespecting

the plaintiff manly hood and his religion.

The defendant acted in a way that was extreme and outrageous for the purpose of causing the plaintiff emotional stress. Where the plaintiff actually suffered severe or extreme emotional distress and the defendant sexual acts that he had taken against the plaintiff caused the emotional distress. Schmidt V. Odell, 64 F. Supp. 2d 1014 (D. Kan. 1999)

The defendants Jane Smith, John Alexzander, and John Franklin violated the plaintiff rights to religious activity through the Free Exercise Clause of the First Amendment that protects the right of the plaintiff to practice his religion. The First Amendment quote that the government can't encourage people to be religious, or choose one religion over another.

And this is exactly what the defendants Jane Smith, John Alexzander and John Franklin was trying to do. They was trying to use their power and authority to try to force the plaintiff to change his religion from Rastafarian to Baptist or Christianity, and when he refused he was brutally attack, massed, and sexually assaulted by the defendant.

The defendants actions showed clearly that they endorsed, supported, and affiliated themselves in some way with the Christian faith of religion. The defendants actions that they took against the plaintiff was designed for the purpose that was their religious beliefs. Their objective an mine state was to have a main effect on the plaintiff advancement or set him back in his religion. And the defendants DID encourage excessive government entanglement with religion.

Lemon V. Kurtzman, 403 U.S. 602 (1971)

The law prohibits the government from forcing the plaintiff to support or participate in any religion. Lee V. Weisman, 505 U.S. 577 (1992)

The defendants Hindricks, Dixon, Civils and Artist were negligence because fail to keep the plaintiff safe, and protected from unreasonable risks. When they knew for a fact that the defendant Franklin was a sexual predator who had been relieved from his assign duties from 3 different camps due to his sexual misconduct behaviors against staff members and inmates. With this knowledge and evidence at hand they still allowed the defendant Franklin to keep his job, and be around the plaintiff and other inmates after he has continuously shown his aggressive behaviors against inmates by physically assaulting them why they are in handcuff behind their backs.

The defendant Hindricks, Dixon, Civils, Artist and Tommy Page have breached their duty to keep the plaintiff safe, and their lack of action and negligence caused the plaintiff to be brutally attack and sexually assaulted by the defendant John Franklin.

The defendants knew of the defendant Franklin sexual misconduct against inmate and staff and could have reasonably prevented the assault but fail to do so.

The defendants is liable for cruel and unsual punishment when they intentionally with the mind state to cause the plaintiff harm place the plaintiff inside of a cell for over three days refusing him his right to be detoxinated from mass that had been spead in the plain-

face, and eyes area, With no running water, or working toilet facility inside of the room. The plantiff had to ly inside of the room, In pain as he beg and screem for help but his request was denied. The mass continue to burn the plantiff face eyes and body parts even getting down his pants to his genitals where they burned the plantiff like a fire out of hell.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes   ☐ No
    If no, explain why not:

Is the grievance process completed?  ☑ Yes   ☐ No
    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

The plaintiff is seeking $20,000 in compensational damages $30,000 in punitive damage, and $40,000 in mental & Emotional damages, Pluss an extra 5,000.00 for every violation of his constitutional rights

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☑ Yes ☐ No

If yes, how many? __4__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

No Answers for 3 cases don't remember case # numbers too.
Last case won was case # 5:12-ct-03084-FL Defendant Thomas Harrhan use of excessive force, I won judgment of $10,600 which the court is refusing to answer any of my motions and is hending me to finish execution on.

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

10/23/19
Dated

Christopher M. Oxendine
Plaintiff's Signature

CHRISTOPHER M. OXENDINE
Printed Name

0599626
Prison Identification #

4600 SWAMP Fox Highway     NC     28463
Prison Address    City     State    Zip Code